Jerome LISTECKI as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust v. OFFICIAL COMMITTEE OF UNSECURED CREDITORS.

No. 15–28 (R46–010).

Dec. 3, 2015.

The petition for writ of certiorari was dismissed today pursuant to Rule 46.1 of the Rules of this Court.